**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| RE: ESTATE OF CHARLES F. MADDI, DECEASED | : No. 575 MAL 2017 |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| PETITION OF: MARY SUE GORESCHAK AND CHARLETTE MADDI | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of January, 2018, the Petition for Allowance of Appeal is

**DENIED**.